Martin G. Molina, Calif. Bar No. 176934
Law Office of Martin G. Molina
185 West "F" Street, Suite 100
San Diego, CA 92101
Telephone: (619) 232-0620
Facsimile: (619) 234-5322
mmolinaesq@outlook.com
CJA Attorney for Defendant
EMILEE RAEANN HEDLUND (1)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Larry Alan Burns)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 22 CR 0350 LAB |
| | ) | |
| Plaintiff, | ) | **Sentencing Summary Chart** |
| vs. | ) | |
| | ) | |
| EMILEE RAEANN HEDLUND (1), | ) | Sent. Date: Sept. 27, 2022 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Courtroom: 14A |

Comes now the defendant, Emilee Raeann Hedlund, by and through her CJA counsel of record, Martin G. Molina, and respectfully submits the attached Sentencing Summary Chart.

Dated: September 21, 2022          Respectfully submitted,
                                   LAW OFFICE OF MARTIN G. MOLINA


                                   By: /s/ Martin G. Molina
                                   Martin G. Molina
                                   mmolinaesq@outlook.com
                                   CJA Attorney for Defendant
                                   EMILEE RAEANN HEDLUND

                                                            22 CR 0350 LAB

# SENTENCING SUMMARY CHART
[ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]

USPO [ ]
AUSA [ ]
DEF [✓]

**Sentencing Date:** September 27, 2022

Defendant's Name: Emilee Raeann Hedlund          Docket No.: 22cr00350-LAB

Attorney's Name: Martin G. Molina                Phone No.: 619-232-0620

Guideline Manual Used: November 1, 2018          Agree with USPO Calc.: Yes

| Item | § | Level |
|---|---|---|
| Base Offense Levels: (Drug Quantity if Applicable:) USSG § 3.47 kgs methamphetamine (actual) | 2D1.1(c)(2) | 36 |
| Specific Offense Characteristics: USSG § importation of methamphetamine | 2D1.1(b)(5) | +2 |
| Victim Related Adjustment: | | |
| Adjustment for Role in the Offense: | | |
| Adjustment for Obstruction of Justice: | | |
| Adjustment for Reckless Endangerment During Flight: | | |
| Adjusted Offense Level: ([ ] Combined (Mult. Counts) [ ] Career Off. [ ] Armed Career Crim.) | | |
| Adjustment for Acceptance of Responsibility: [✓] Gov. Motion Under USSG § 3E1.1(b) | | -3 |
| Total Offense Level: | | 35 |
| Criminal History Score: | | 4 |
| Criminal History Category: ([ ] Career Offender [ ] Armed Career Criminal) | | III |

Guideline Range:                                  from  210  mths
(Range limited by: [ ] minimum mand. [ ] statutory maximum)   to  262  mths
Departures:
USSG §
Variance ( 18 U.S.C. § 3553(f) as amended by First Step Act)          -2

Resulting Guideline Range: Adjusted Offense Level  33     from 168 mths
**RECOMMENDATIONS:**                                      to   210 mths
Absent further departure, Ms. Hedlund requests a sentence of 120 months.